
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Clerk, U.S. District ...
Bankruptcy Court

| | | |
|---|---|---|
| GREGORY S. HOLLISTER | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| *vs.* | : | CIVIL ACTION NO. |
| | : | |
| BARRY SOETORO, a/k/a Barack | : | |
| Hussein Obama, in his capacity as | : | |
| a natural person;  in his capacity as | : | |
| *de facto* President *in posse*; and  in his | : | Case: 1:08-cv-02254 |
| capacity as *de jure* President *in posse* | : | Assigned To : Robertson, James |
| And | : | Assign. Date : 12/31/2008 |
| JOSEPH R. BIDEN, Jr., in his Capacity | : | Description. General Civil |
| as a natural person; in his capacity as | : | |
| *de jure* Acting President *in posse*; in his | : | |
| capacity as *de jure* President *in posse*; | : | |
| and in his capacity as *de jure* Vice- | : | |
| President *in posse;* | : | |
| And | : | |
| NATURAL and UN-NATURAL | : | |
| DOES 1-100 INCLUSIVE | : | |
| | : | |
| | : | |
| *Defendants* | : | |

## MOTION FOR THE ADMISSION *PRO HAC VICE* OF
## PHILIP J. BERG AND LAWRENCE J. JOYCE

John D. Hemenway moves the Court for, and sponsors, the admission *pro hac vice* of Philip J. Berg and Lawrence J. Joyce.  In support of this motion, John D. Hemenway states the following:

1. I am a member of the Bar of this Court, duly and legally admitted to practice before the United States District Court for the District of Columbia.

2. I am associated with Philip J. Berg and Lawrence J. Joyce, by sponsoring their admission *pro hac vice.*

3. Plaintiff has requested to be represented by Philip J. Berg and Lawrence J. Joyce.

1

3

4.  I have attached certifications from Mr. Berg and Mr. Joyce that comply with LCvR 83.2(d).  See Exhibit "A" and "B".

WHEREFORE, Petitioner prays that Philip J. Berg and Lawrence J. Joyce be admitted *pro hac vice*.

Respectfully submitted,

Date:     December 31st, 2008

*John D. Hemenway*

John D. Hemenway
Hemenway & Associates
4816 Rodman Street NW
Washington, D.C. 20016
(202) 244-4819
D.C. Bar No. 379663

**EXHIBIT "A"**
Certification of Philip J. Berg, Esquire

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY S. HOLLISTER | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. |
| | : | |
| BARRY SOETORO, a/k/a BARACK | : | |
| HUSSEIN OBAMA, in his capacity as | : | |
| a natural person; in his capacity as | : | |
| *de facto* President *in posse*; and in his | : | |
| capacity as *de jure* President *in posse* | : | |
| And | : | |
| JOSEPH R. BIDEN, Jr., in his Capacity | : | |
| as a natural person; in his capacity as | : | |
| *de jure* Acting President *in posse*; in his | : | |
| capacity as *de jure* President *in posse*; | : | |
| and in his capacity as *de jure* Vice- | : | |
| President *in posse;* | : | |
| And | : | |
| NATURAL and UN-NATURAL | : | |
| DOES 1-100 INCLUSIVE | : | |
| | : | |
| *Defendants* | : | |

## CERTIFICATION IN SUPPORT OF MOTION
## FOR THE ADMISSION *PRO HAC VICE* OF PHILIP J. BERG

I, Philip J. Berg, Esquire, certify the following in support of the Motion for my

Admission *Pro Hac Vice*:

1.　　　My office address is Law Offices of Philip J. Berg, 555 Andorra Glen

Court, Suite 12, Lafayette Hill, PA 19444-2531. My telephone number is (610) 825-

3134 and my facsimile number is (610) 834-7659 and my e-mail is

philjberg@gmail.com.

2.　　　I was admitted to the bar of the Supreme Court of Pennsylvania in

November 1971; the bar of the U.S. District Court for the Eastern District of

Pennsylvania in 1972; the bar of the United States Court of Appeals for the Third Circuit in 1983; and the bar of the United States Supreme Court in 1996.

3.    I am an attorney in good standing with the Supreme Court of the Commonwealth of Pennsylvania and I do not have any pending disciplinary matters against me.

4.    I have not been admitted *Pro Hac Vice* in this Court.

5.    I do not practice law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing is true and correct.

**WHEREFORE,** I, Philip J. Berg, Esquire requests this Honorable Court to admit me to this Court *Pro Hac Vice*.

Respectfully submitted,

Dated: December 27, 2008

Philip J. Berg, Esquire

**EXHIBIT "B"**
Certification of Lawrence J. Joyce, Esquire

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY S. HOLLISTER | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| *vs.* | : | CIVIL ACTION NO. |
| | : | |
| BARRY SOETORO, a/k/a BARACK | : | |
| HUSSEIN OBAMA, in his capacity as | : | |
| a natural person; in his capacity as | : | |
| *de facto* President *in posse*; and in his | : | |
| capacity as *de jure* President *in posse* | : | |
| And | : | |
| JOSEPH R. BIDEN, Jr., in his Capacity | : | |
| as a natural person; in his capacity as | : | |
| *de jure* Acting President *in posse*; in his | : | |
| capacity as *de jure* President *in posse*; | : | |
| and in his capacity as *de jure* Vice- | : | |
| President *in posse;* | : | |
| And | : | |
| NATURAL and UN-NATURAL | : | |
| DOES 1-100 INCLUSIVE | : | |
| | : | |
| *Defendants* | : | |

## CERTIFICATION IN SUPPORT OF MOTION
## FOR THE ADMISSION *PRO HAC VICE* OF LAWRENCE J. JOYCE

1.      I, Lawrence J. Joyce, certify the following in support of the Motion for

Admission *Pro Hac Vice*:

2.      My office address is Lawrence J. Joyce, Attorney at Law, 1517 N. Wilmot

Road, Suite 215, Tucson, Arizona 85712.  My telephone number is (520) 584-0236.

3.      I was admitted to the State Bar of Illinois in 1986, and subsequently was admitted to the bar of the United States Supreme Court in 1990, the bar of the United States Court of Appeals for the Seventh Circuit in 1990, the bar of the U.S. District Court, Northern District of Illinois in 1990, the Arizona Supreme Court in 2001 and the United States Court of Appeals for the Fifth Circuit in 2003.

4.      I have not been disciplined by any bar nor are there any pending disciplinary matters against me.

5.      I have not been admitted *pro hac vice* in this Court.

6.      I do not practice law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing is true and correct.

Dated: December ⟨2⟩ , 2008

_____
Lawrence J. Joyce, Esquire