# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District of Columbia |
|---|---|
| **Gregory S. Hollister** | Attorney: |
| Plaintiff | Philip J. Berg |
| | 555 Andorra Glen Ct., # |
| vs. | Lafayette Hill, PA 19444-2531 |
| **Barry Soetoro a/k/a Barack Hussein Obama, et al** | |
| Defendant | |

**Case Number:** 1:08-cv-02254

Legal documents received by Same Day Process Service, Inc. on January 02nd, 2009 at 4:00 PM to be served upon **Joseph R. Biden at Russell Senate Office Bldg., SR 201, Washington, DC.**

I, Michael Jones, swear and affirm that on **January 06th, 2009 at 1:20 PM**, I did the following:

Personally served **Jane Doe** the receptionist of Joseph R. Biden's office of the legal document with this **Summons;Plaintiff's Ex Parte Motion;Motion for the Admission PRO HAC VICE ;Consent to Proceed;Complaint;Civil cover sheet;Order at Russell Senate Office Bldg., SR 201, Washington, DC,**

**Description of Person Accepting Service:**
Sex: Female   Age: 30/35   Height:6'0   Weight: 200   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**
Served as Jane Doe as the receptionist refused to provide her name.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_Michael Jones_
Process Server
Same Day Process Service, Inc.
1322 Maryland Ave., N.E.
Washington, DC 20002-4401
(202) 398-4200
Internal Job ID: 000J011ed107

District of Columbia: ss
Subscribed and Sworn to before me,
this ___ day of _____, 2009
_Michael Moineh_ Notary Public, D.C.
My commission expires July 14, 2013

Copyright 05 2005-2007 Process Server Central, LLC All rights reserved

created with nitroPDF professional
download the free trial online at nitropdf.com/professional

Dockets.Justia.com