# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District of Columbia |
|---|---|
| **Gregory S. Hollister** | Attorney: |
|    Plaintiff | Philip J. Berg |
| | 555 Andorra Glen Ct., #12 |
| vs. | Lafayette Hill, PA 19444-2531 |
| **Barry Soetoro a/k/a Barack Hussein Obama, et al** | |
|    Defendant | |

**Case Number:** 1:08-cv-02254

Legal documents received by Same Day Process Service, Inc. on January 02nd, 2009 at 4:00 PM to be served upon **BARRY SOETORO A/K/A BARACK HUSSEIN OBAMA at 607 14TH St., NW, 8th Fl., WASHINGTON, DC.**

I, Michael Jones, swear and affirm that on **January 06th, 2009 at 3:40 PM**, I did the following:

**Personally** Served **Lori Rulapaugh** the person authorized to accept on behalf of BARRY SOETORO A/K/A BARACK HUSSEIN OBAMA of the legal document with this **Summons;Plaintiff's Ex Parte Motion;Motion for the Admission PRO HAC VICE ;Consent to pProceed;Complaint;Civil cover sheet;Order** at 607 14th St., NW, 8th Fl., WASHINGTON, DC

**Description of Person Accepting Service:**
Sex: Female    Age: 40    Height: 5'11    Weight: 140     Skin Color: White    Hair Color: Blond    Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

Michael Jones
Process Server
Same Day Process Service, Inc.
1322 Maryland Ave., NE
Washington, DC 20002-4401
(202) 398-4200
Internal Job ID: 000J0111e4107

District of Columbia: ss
Subscribed and Sworn to before me,
this ___ day of _____, 2009
Michael Moineh- Notary Public, D.C.
My commission expires July 14, 2012

Copyright 05 2005-2007 Process Server Central, LLC All rights reserved


created with nitro PDF professional
download the free trial online at nitropdf.com/professional

Dockets.Justia.com