UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY S. HOLLISTER,

        Plaintiff,

v.

BARRY SOETORO, et al.,

        Defendants.

Civil Action No. 1:08-cv-02254-JR

## **NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Robert F. Bauer whose address, bar number and telephone number are set forth below, will appear as counsel for President Barack Obama and Vice President Joseph Biden in the above captioned matter.

Dated: January 26, 2009

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Robert F. Bauer
    Robert F. Bauer
    D.C. Bar. No. 938902
    rbauer@perkinscoie.com
607 Fourteenth Street, N.W.
Washington, D.C.  20005-2003
Telephone:  202.628.6600
Facsimile:   202.434.1690

*Attorney for Defendants Barack Obama and Joseph Biden*