**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREGORY S. HOLLISTER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-2254 (JR) |
| BARRY SOETORO, *et al.*, | : |
| Defendants. | : |

**ORDER**

Plaintiff's amended complaint [#11] adds nothing to the original complaint except rhetoric and legal theory and creates no obligation upon the defendants to respond to it. Nor is the amended complaint responsive to defendants' motion to dismiss [#9], opposition to which was due on 2/9/09. Unless points and authorities in opposition to the motion to dismiss are filed by 2/13/09, the motion will be treated as conceded and granted. It is **SO ORDERED.**

                                                    JAMES ROBERTSON
                                             United States District Judge