## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREGORY S. HOLLISTER,          :
                               :
         Plaintiff,            :
                               :
    v.                         : Civil Action No. 08-2254 (JR)
                               :
BARRY SOETORO, *et al.*,       :
                               :
         Defendants.           :

### ORDER

Plaintiff's opposition to defendant's motion to dismiss [#13] was illegible on most of the Court's computers, as was plaintiff's response to the Court's order to show cause [#15], because plaintiff filed documents scanned with resolutions so fine that they overwhelmed the Court's CM/ECF system.  On the Court's website, go to ECF Filing Pointers and then to Attorney's Checklist, for instructions.  The Court's order to show cause [#14] is **discharged.**

                                         JAMES ROBERTSON
                                    United States District Judge