UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY S. HOLLISTER, | : |
| *Plaintiff,* | : |
| vs. | : CIVIL ACTION NO. 1:08-cv-02254 JR |
| BARRY SOETORO, et al., | : |
| *Defendants.* | : |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

Plaintiff Greg Hollister, through his undersigned Counsel, John D. Hemenway, Esquire, Philip J. Berg, Esquire and Lawrence J. Joyce, Esquire respectfully requests leave to file a Sur-reply to Respond to Defendants' Reply[1] to the Plaintiff's Brief and Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

Plaintiff respectfully submits that this Sur-reply is necessary because the Defendants' Counsel Reply Brief contains several incorrect statements that cannot go un-rebutted.

For the above aforementioned reasons, Plaintiff respectfully requests this Court to grant his Motion for leave to file his Sur-reply.

---

[1] On February 11, 2009 this Court Ordered Plaintiff to file a Response to Defendants' Motion to Dismiss, although moot, as Plaintiff had already filed a First Amended Complaint. This Honorable Court Ordered Plaintiff's Response to be filed by February 13, 2009 [within 2 days]. This Court did not Order or mention any type of reply deadlines. On February 26, 2009 [13 days after Plaintiff's Response], Defendants filed a "Reply" to Plaintiff's February 13, 2009 Brief and Memorandum of Law in Opposition to the Defendants' Motion to Dismiss without a Motion for Leave of this Court to file said "Reply". In the event that Defendants' Reply is accepted, Plaintiff, Greg S. Hollister's, Sur-reply should also be accepted in the interest of a balanced and complete record.

Respectfully submitted,

Dated: March 2, 2009

s/ John D. Hemenway
_____
John D. Hemenway, Esquire
Hemenway & Associates
*Attorney for Plaintiff*
4816 Rodman Street NW
Washington, D.C. 20016
(202) 244-4819
D.C. Bar No. 379663

Dated: March 2, 2009

s/ Philip J. Berg
_____
Philip J. Berg, Esquire
*Attorney for Plaintiff*
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA   19444-2531
PA Identification    No.  09867
(610) 825-3134

Dated: March 2, 2009

s/ Lawrence J. Joyce
_____
Lawrence J. Joyce, Esquire
*Attorney for Plaintiff*
1517 N. Wilmot Road, Suite 215
Tucson, AZ 85712
Arizona Bar No. 020856
(520) 584-0236

| | |
|---|---|
| GREGORY S. HOLLISTER, : | |
| : | |
| *Plaintiff,* : | |
| vs. : | CIVIL ACTION NO. 1:08-cv-02254 JR |
| : | |
| BARRY SOETORO, et al, : | |
| : | |
| *Defendants.* : | |

# CERTIFICATE OF SERVICE

I, Philip J. Berg, Esquire, hereby certify that Plaintiff's Motion for Leave to File a Sur-reply was served via email this 2nd day of March 2009 upon the following:

Robert F. Bauer, Esquire
**PERKINS COIE**
607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
Telephone: (202) 628-6600
Facsimile: (202) 434-1690
RBauer@perkinscoie.com

      s/ Philip J. Berg
PHILIP J. BERG, ESQUIRE
*Attorney for Plaintiff*
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134