**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GREGORY S. HOLLISTER,                  :
                                       :
          Plaintiff,                   :
                                       :
     v.                                : Civil Action No. 08-2254 (JR)
                                       :
BARRY SOETORO, *et al.*,               :
                                       :
          Defendants.                  :

**<u>ORDER</u>**

For the reasons set forth in an accompanying memorandum, the defendants' motion to dismiss [#9] is **granted**, and John D. Hemenway is **ordered to show cause** within eleven days of the date of this order why he should not be sanctioned under Rule 11(b) of the Federal Rules of Civil Procedure.

                              JAMES ROBERTSON
                         United States District Judge