# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Gregory S. Hollister
_____
Plaintiff

vs.   Civil Action No. 1:08-cv-02254 JR

Barry Soetoro a/k/a Barack Hussein Obama, Joseph R. Biden, Jr. et al
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 16th day of March, 20 09, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 5th day of March, 20 09

in favor of Defendants, Barry Soetoro a/k/a Barack Hussein Obama and Joseph R. Biden, Jr.

against said Plaintiff, Gregory S. Hollister

*John D. Hemenway*
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Robert F. Bauer
PERKINS COIE
607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
RBauer@perkinscoie.com
Attorney for the Defendants

RECEIVED
MAR 16 2009
Clerk, U.S. District and
Bankruptcy Courts