## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY S. HOLLISTER, | : |
| *Plaintiff* | : |
| *vs*. | : CIVIL ACTION NO. 1:08-cv-02254 JR |
| BARRY SOETORO, et al | : |
| *Defendants* | : |

## CERTIFICATE OF SERVICE

     I, Lisa Liberi, hereby certify that Attorney John D. Hemenway's, Response to Honorable James Robertson's March 5, 2009 Order to Show Cause; Mr. Hemenway's Supplemental Response to Judge Robertson's Order to Show Cause; and Plaintiff's Notice of Appeal were served via email this 17th day of March 2009 upon the following:

Robert F. Bauer
**PERKINS COIE**
607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
Telephone: 202.628.6600
Facsimile: 202.434.1690
RBauer@perkinscoie.com

                                                        s/ Lisa Liberi

                                                        Lisa Liberi