# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Gregory S. Hollister
_____
Plaintiff

vs.   Civil Action No. 1:08-cv-02254 JR

Barry Soetoro a/k/a Barack Hussein Obama, Joseph R. Biden, et al
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this **17th** day of **April**, 20**09**, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the **24th** day of **March**, 20**09**

in favor of **the Court, whom Reprimanded the Attorney, John D. Hemenway in lieu of monetary sanctions**

against said **Attorney, John D. Hemenway**

_____
John D. Hemenway
Attorney or Pro Se Litigant
and

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Attached: Check for # 455⁰⁰