AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GREGORY S. HOLLISTER,

        Plaintiff(s)   )   **APPEARANCE**
                              )
                              )
            vs.   )   CASE NUMBER 1:08-cv-02254
BARRY SOETORO, et al.,     )
                              )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Marc Erik Elias   as counsel in this
                                    (Attorney's Name)

case for:   Defendants President Barack Obama and Vice President Joseph Biden
                               (Name of party or parties)

December 3, 2009
Date

                                  Signature

                                  Marc Erik Elias

442007                           Print Name
BAR IDENTIFICATION
                                607 Fourteenth Street, N.W.
                                Address

                                Washington, DC  20005
                                City         State       Zip Code

                                (202) 434-1609
                                Phone Number