## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREGORY S. HOLLISTER,

           Plaintiff,

    v.

BARRY SOETORO, et al.,

           Defendants.

Civil Action No. 1:08-cv-02254-JR

### NOTICE OF WITHDRAWAL OF APPEARANCE BY ATTORNEY AND
### SUBSTITUTION OF COUNSEL

      Pursuant to Local Civil Rule 83.6, NOTICE IS HEREBY GIVEN that Robert F. Bauer of

Perkins Coie LLP, whose address, bar number and telephone number are set forth below, is

withdrawing as counsel for Defendants President Barack Obama and Vice President Joseph

Biden in the above captioned matter; he is unable further to represent Defendants in this matter

because he is leaving Perkins Coie.   Marc Erik Elias, of Perkins Coie LLP, should be substituted

as lead counsel for Defendants.

      As evidenced by their signatures below, President Barack Obama and Vice President

Joseph Biden consent to the requested withdrawal of counsel.

63920-0001 / 17337663

1.  **FORMER LEAD COUNSEL:**
    Robert F. Bauer
    607 Fourteenth Street, N.W.
    Washington, D.C.  20005-2003
    Telephone:  202.628.6600
    Facsimile:  202.434.1690
    RBauer@perkinscoie.com
    D.C. Bar. No. 938902

2.  **SUBSTITUTED LEAD COUNSEL:**
    Marc Erik Elias
    607 Fourteenth Street, N.W.
    Washington, D.C.  20005-2003
    Telephone:  202.628.6600
    Facsimile:  202.434.1690
    MElias@perkinscoie.com
    D.C. Bar. No. 442007

DATED this 3rd day of December, 2009.

Respectfully submitted,

**PERKINS COIE LLP**


By: /s/

    Robert F. Bauer
    D.C. Bar. No. 938902
    RBauer@perkinscoie.com
    607 Fourteenth Street, N.W.
    Washington, D.C.  20005-2003
    Telephone:  202.628.6600
    Facsimile:  202.434.1690

*Withdrawing attorney for Defendants*
*President Barack Obama and Vice President*
*Joseph Biden.*


By: /s/

    Marc Erik Elias
    D.C. Bar. No. 442007
    MElias@perkinscoie.com
    607 Fourteenth Street, N.W.
    Washington, D.C.  20005-2003
    Telephone:  202.628.6600
    Facsimile:  202.434.1690

*Substituted lead attorney for Defendants*
*President Barack Obama and Vice President*
*Joseph Biden.*

| /s/ | /s/ |
|:---:|:---:|
| **Barack Obama** | **Joseph Biden** |